# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Travelers Casualty and Surety Company, Plaintiff**<br><br>                      **v.**<br><br>**Falkowski et al., Defendants** | **CIVIL ACTION**<br><br>**NO. 15-6737** |

## ORDER

**AND NOW**, this 9th day of June, 2021, upon receipt of Defendant's Motion to Take Judicial Notice (ECF 80) and Plaintiffs response thereto (ECF 86), it is hereby **ORDERED** that Defendant's Motion to Take Judicial Notice is **DENIED** for the reasons stated in the accompanying Memorandum.

BY THE COURT:

/s/ Michael M. Baylson

_____

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 15\15-6737 QVC v Falkowski\20210608 order re judicial notice.docx