IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| TRAVELERS CASUALTY AND SURETY COMPANY | CIVIL ACTION |
|---|---|
| v. | NO. 15-6737 |
| JAMES D. FALKOWSKI et al | |

## ORDER RE: MOTION TO DISMISS

**AND NOW,** this 2nd day of July, 2021, for the reasons stated in the accompanying Memorandum, Defendants' Motions to Dismiss the First Amended Complaint (Doc. Nos. 78 & 79) are **DENIED.**

BY THIS COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 15\15-6737 QVC v Falkowski\15cv6737 Order re MTD 7.2.docx